*C. S. Claxton,* contra.

---

### 16813. WILKES v. TENNESSEE CHEMICAL COMPANY.

BLOODWORTH, J. The court did not err in striking the answer of the defendant as amended, nor in thereafter awarding judgment in favor of the plaintiff for the principal, interest, and attorney's fees sued for.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED DECEMBER 15, 1925.

Complaint; from city court of Camilla—Judge Burson. September 7, 1925.

*Hill & McElvey, Dutch Wilkes, M. A. Warren,* for plaintiff in error.

*Pope & Bennet,* contra.